IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOURGOS DIAMANTOPOULOS f/k/a CARY NELSON REHBEIN,<br><br>Plaintiff,<br><br>v.<br><br>DAN DANAHAR, SUSAN BOHN, ROBERT HOUSTON, HAROLD W. CLARKE, and STANLEY COLLINSWORTH,<br><br>Defendants. | 4:93CV3434<br><br>MEMORANDUM AND ORDER ON UNTITLED DOCUMENT RECEIVED JULY 15, 2005 |

    A document reciting in scattered fashion claims of mistreatment about Yourgos Diamantopoulos and Cary Rehbein was received by the court on July 15, 2005. It is obvious that the sender wants some case reopened, but, despite substantial time in trying to make a determination of what case the sender wants reopened, I am unable to make that determination. My best estimate is that the sender is speaking of a case originally brought under the name of Cary Rehbein, Plaintiff, v. Dr. Dan Danahar, et al., Defendants, and subsequently titled frequently "Glory Peterson a/k/a Cary Rehbein, Plaintiff, v. Ben Nelson, Governor of Nebraska, et al." The docket number was 4:94CV3244 and 4:93CV3434.

    There is nothing contained in the untitled document that prompts me to explore further the request to reopen a case.

    THEREFORE IT IS ORDERED that the untitled document shall be filed in 4:94cv3244 and the request to reopen is denied.

    Dated October 3, 2005.

                                BY THE COURT

                                s/ Warren K. Urbom
                                United States Senior District Judge