IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARY NELSON REHBEIN, | ) |
| | ) |
| Plaintiff, | ) 4:93CV3434 |
| | ) |
| v. | ) |
| | ) |
| DAN DANAHAR, Doctor, SUSAN BOHN, Doctor, ROBERT HOUSTON, Warden, and HAROLD W. CLARKE, Director, | ) MEMORANDUM AND ORDER |
| | ) |
| Defendants. | ) |

Plaintiff in this case has written the court a letter which seems to seek reopening of this case. The case was filed in 1993 and closed in 1997. Since then plaintiff has filed a number of motions to re-open the case, the last of which was denied by memorandum and order of Senior District Judge Urbom on October 3, 2005. Filing 219. Plaintiff now has written the undersigned a letter again apparently seeking a reopening of this case. The letter will be filed and construed as a motion. So construed, it must be denied, as the matter has been long closed; if plaintiff wishes to file a new lawsuit in accordance with the Prison Litigation Reform Act, he may do so.

IT THEREFORE HEREBY IS ORDERED:

1. The letter to the undersigned dated 5/10/07 shall be filed as a motion to reopen the case.

2. As so construed, the motion is denied.

DATED this 21st day of May, 2007.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge